UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-423-FL-3

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JAMES ERNEST EKOW ARTHUR | |

This matter having come before the court on Defendant's unopposed motion to conduct his arraignment by video, and for good cause shown, it is hereby ORDERED that Defendant shall appear for his arraignment by video conference technology. Court personel will contact defense counsel to arrange for Defendant's remote participation.

This 30th day of July, 2020.

_____
Robert B. Jones, Jr.
United States Magistrate Judge